**SCHLEIER LAW OFFICES, P.C.**
4600 E. Shea Blvd., Suite 208
Phoenix, Arizona 85028
Telephone: (602) 277-0157
Facsimile: (602) 654-3790

TOD F. SCHLEIER, ESQ.  #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
Email: brad@schleierlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michele Tomas, a married woman, | Case No.: 2:21-CV-01153 SRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| State of Arizona, Department of Administration, Risk Management Division, an Arizona public entity, | |
| Defendant. | |

Notice is hereby given that this matter has been resolved.  Pending completion of settlement documents, the parties shall submit a Stipulation for Dismissal with Prejudice.

DATED: August 5, 2022.

SCHLEIER LAW OFFICES, P.C.


By: /s/ Tod F. Schleier
    Tod F. Schleier
    Attorney for Plaintiff

-1-

I certify that the above was e-filed via ECF this 5th day of August 2022, with notification to the following registrants:

C. Christine Burns
Alexandra E. DeArman-Miller
BURNSBARTON PLC
2201 East Camelback Road, Ste. 360
Counsel for Defendants


/s/ Cindy J. Anderson