IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michele Tomas, a married woman, ) | Case No.: 2:21-CV-01153 SRB |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| State of Arizona, Department of ) | |
| Administration, Risk Management ) | |
| Division, an Arizona public entity, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties Stipulation and good cause appearing;

IT IS HEREBY ORDERED that this matter is dismissed, each side to bear her/its own attorneys' fees and costs.

Dated this 29th day of September, 2022.

_____
Susan R. Bolton
United States District Judge

-1-